## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JERMAINE WEEDEN,

   PLAINTIFF

VS

FLEXTRONICS LOGISTICS USA, INC.,
FLEXTRONICS INTERNATIONAL USA,
Inc., FLEXTRONICS INTERNATIONAL,
PA, INC., and FLEXTRONICS AMERICA,
LLC,

   DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NO: 11-2939-STA

DECISION BY COURT.  This action came on for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal With Prejudice, entered on October 29, 2012, this matter is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FRCP.

APPROVED:

s/S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

October 30, 2012
Date

Thomas M. Gould
Clerk of Court

sTerry Haley
(By)  Deputy Clerk